VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Ronald Lee Murray II
314 Woodrose Drive
Goldsboro, NC 27534

CASE NO.: 14–01408–5–DMW

DATE FILED: March 11, 2014

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Ronald Lee Murray II has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Ronald Lee Murray II file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Ronald Lee Murray II and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: March 13, 2015

David M. Warren
United States Bankruptcy Judge